UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONNA FAYE TASSIE,

       Plaintiff,

vs.

MANUFACTURES PRODUCTS
COMPANY, et al.,

       Defendants.
_____/

Civil Action No.
06-CV-10585

HON. BERNARD A. FRIEDMAN

## **ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is presently before the Court on Magistrate Judge Virginia M. Morgan's Report and Recommendation ("R&R") dated October 6, 2008. In her R&R, Magistrate Judge Morgan recommends that Plaintiff's Motion to Compel Answers to Interrogatories [docket entry 34] and Plaintiff's Motion for Sanctions [docket entry 40] be denied. Plaintiff has not filed objections to the Magistrate Judge's R&R and the time to do so has expired.

The Court has had the opportunity to fully review this matter. The Court finds that Magistrate Judge Morgan correctly and thoroughly analyzed all of the issues presented and that she reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that the Magistrate Judge's R&R of October 6, 2008, is accepted and adopted as the findings and conclusions of the Court.

1

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel Answers to Interrogatories [docket entry 34] is denied.

IT IS FURTHER ORDERED that Plaintiff's Motion for Sanctions [docket entry 40] is denied.

S/Bernard A. Friedman____
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: October 29, 2008
       Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager to Chief Judge Friedman